### 15886. JOHNSON *v.* PLANTERS BANK.

STEPHENS, J. 1. A claim filed by a third person to funds impounded by process of garnishment is invalid in the absence either of an affidavit in forma pauperis filed by him or a bond indemnifying the plaintiff, whether such bond is one given upon a dissolution of the garnishment, as provided in section 5282 of the Civil Code (1910), or is the ordinary bond

16

required in claim cases, as provided in section 5158. *Hand* v. *Hall Merchandise Co.*, 91 *Ga.* 130 (16 S. E. 644); *Bullock* v. *Butts*, 33 *Ga. App.* 7 (124 S. E. 905).

2. The giving of the required bond or, in lieu thereof, the affidavit in forma pauperis is a condition precedent to the validity of the claim and the jurisdiction of the court to entertain it. Where a claim without the required bond or the affidavit in forma pauperis has been returned into court, there is nothing to amend by, and it is not error to reject a proffered amendment to give the required bond, and to dismiss the claim. *Hand* v. *Hall Merchandise Co.*, supra.

3. The court did not err in dismissing the claim.

> Judgment affirmed. Jenkins, P. J., and Bell, J., concur.
>
> DECIDED AUGUST 20, 1925.

Levy and claim; from city court of Swainsboro—Judge Kirkland. August 28, 1924.

*T. N. Brown, F. H. Saffold, Kirkland & Kirkland*, for plaintiff in error.

*L. P. Strickland, A. S. Bradley*, contra.